UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD LACH,

JUDGMENT
05-CV- 0080 (ARR)

Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

Defendant.
-----------------------------------------------------------X

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on July 18, 2005, reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings including a de novo hearing before an Administrative Law Judge; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings including a de novo hearing before an Administrative Law Judge.

Dated: Brooklyn, New York
       July 20, 2005

ROBERT C. HEINEMANN
Clerk of Court